1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC WAYMIRE et al., | Case No.: 1:11-cv-01812 AWI JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 8) |
| UNITED RESOURCE SYSTEMS, INC., et al., | |
| Defendants. | |

        On January 24, 2011, the parties notified the Court that they had reached a settlement of the

matter.  (Doc. 8) They request 60 days to complete the settlement.  Id. Pursuant to this Court's Local

Rule 160, this Court ORDERS:

        1.        No later than March 23, 2012, a request dismissing the case, **SHALL** be filed

        2.        All pending dates, including the trial date, are **VACATED.**

        Failure to comply with this order may be grounds for the imposition of sanctions on counsel

or parties who contributed to violation of this order.  See Local Rules 110, 160 and 272.

IT IS SO ORDERED.

Dated:  **January 30, 2012**                                **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE