**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC WAYMIRE et al., | ) Case No.: 1:11-cv-01812 AWI JLT |
| | ) |
| Plaintiffs, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| | ) |
| v. | ) (Doc. 8) |
| | ) |
| | ) |
| UNITED RESOURCE SYSTEMS, INC., et al., | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

On January 24, 2011, the parties notified the Court that they had reached a settlement of the matter.  (Doc. 8) They request 60 days to complete the settlement.  Id. Pursuant to this Court's Local Rule 160, this Court ORDERS:

1.    No later than March 23, 2012, a request dismissing the case, **SHALL** be filed

2.    All pending dates, including the trial date, are **VACATED.**

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 110, 160 and 272.

IT IS SO ORDERED.

Dated:   **January 30, 2012**                                          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE